UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**

-------------------------------------------------X

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 3 2005 ★

P.M. _____
TIME A.M. _____

**ELSWITH A. RAFFERTY,**

Plaintiff,

ORDER
CV-05-0433(SJF)

-vs-

**COMMISSION OF SOCIAL SECURITY,**

Defendant.

-------------------------------------------------X

FEUERSTEIN, J.

It having been reported to the Court that the above-captioned case has been settled, it is

ORDERED that the case is discontinued with leave to re-open on ten (10) days notice by either

party to the Court should settlement not be consummated. The Clerk of Court is directed to close

the case.

SO ORDERED.

/s/ HON. S.J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated: Long Island, NY
October 26, 2005